| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bolton, Susan R. | 2. Court or Organization U.S. District Court, Arizona | 3. Date of Report 05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 401 W. Washington St., SPC 50 Suite 522 Phoenix, AZ 85003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary | Organizational Diagnostics LLC (████ owned company) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | |
| 3. | |

Bolton_Susan_R

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Arizona Elected Officials Retirement Plan | $50,324.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Organizational Diagnostics, L.L.C. - earnings |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sonoma National Bank, CA | Mortgage on one-half interest in office codominium (Pt. VII line 13) | K |
| 2. | Merrill Lynch Single Premium Life | Cash value loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock | B | Dividend | L | T | | | | | |
| 2. Merrill Lynch Bank USA(see part VIII) | | | | | | | | | |
| 3. Bank of America, Arizona | A | Interest | K | T | | | | | |
| 4. Merrill Lynch Single Premium Life-Insurance | | None | K | T | | | | | |
| 5. Philadelphia Life Insurance Company-Insurance | | None | K | T | | | | | |
| 6. U.S. Savings Bonds | | None | O | T | | | | | |
| 7. Virtus Balanced Fund(formerly Phx Balanced Fund) | A | Dividend | K | T | | | | | |
| 8. MLF Retirement Plus-Annuity | | None | M | T | | | | | |
| 9. Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. Allianz Franklin-Annuity | | None | K | T | | | | | |
| 11. Nelson II Freeway Limited Partnership | | None | J | W | | | | | |
| 12. Sasser Interest Limited Partnership | E | Distribution | | | Sold | 9/8 | K | E | Squaw Peak Goodyear LLC |
| 13. Office condo (1/2 interest), Phx, AZ | D | Rent | M | R | | | | | |
| 14. Merrill Lynch Basic Retirement Plan-Profit Sharing | E | Dividend & I | N | T | | | | | |
| 15. --Capital One CD | | | | | Buy | 4/7 | K | | |
| 16. --Lehman Bros. CD | | | | | Redeemed | 5/19 | K | | |
| 17. --Capital One Bank CD | | | | | Buy | 9/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Banco Pop CD | | | | | | | | | |
| 19. --Imperial Cap. Bank CD | | | | | Buy | 4/10 | L | | |
| 20. --Discover Bank CD | | | | | | | | | |
| 21. --US Treas. Inflation Note | | | | | | | | | |
| 22. --Western Bank CD | | | | | | | | | |
| 23. --Resolution Funding Corp. Zero Coupon Bond | | | | | Redeemed | 7/15 | K | | |
| 24. --BMW Bank CD | | | | | | | | | |
| 25. Merrill Lynch Basic Retirement Plan-Money Purchase | D | Dividend & I | N | T | | | | | |
| 26. --Sky Bank CD | | | | | Redeemed | 5/12 | K | | |
| 27. --Discover Bank CD | | | | | Redeemed | 7/11 | L | | |
| 28. --US Treasury Inflation Notes (3) | | | | | | | | | |
| 29. --GE Money Bank CD | | | | | Buy | 10/1 | L | | |
| 30. --JP Morgan Chase Bank CD (formerly Washington Mutual Bank CD | | | | | | | | | |
| 31. --Motorola common stock | | | | | | | | | |
| 32. --Vodafone common stock | | | | | | | | | |
| 33. --Capital One CD | | | | | Buy | 4/7 | K | | |
| 34. --Blackrock Global | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Resolution Funding Corp-zero coupon bond | | | | | Redeemed | 7/15 | K | | |
| 36. --US Treasury-zero coupon bond | | | | | | | | | |
| 37. --Financing Corp.- zero coupon bond | | | | | | | | | |
| 38. Merrill Lynch IRA | C | Dividend & I | N | T | | | | | |
| 39. --ML Bank USA | | | | | | | | | |
| 40. --US Treasury zero coupon bonds (3) | | | | | | | | | |
| 41. --Pepsico common stock | | | | | | | | | |
| 42. --Yum Brands common strock | | | | | | | | | |
| 43. --Washington Mutual-CD | | | | | Redeemed | 8/11 | J | | |
| 44. --Wal-Mart common stock | | | | | | | | | |
| 45. --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 46. --US Treasury Inflation Note | | | | | | | | | |
| 47. --Lehman Bros Bank CD | | | | | Redeemed | 5/27 | J | | |
| 48. --Washington Trust CD | | | | | Redeemed | 9/9 | K | | |
| 49. --U.S. Treasury Inflation Note | | | | | | | | | |
| 50. --Discover Bank CD | | | | | | | | | |
| 51. --Goldman Sachs Bank CD | | | | | Buy | 9/29 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Capital One CD | | | | | Buy | 4/7 | J | | |
| 53.  --Capital One Bank CD | | | | | Buy | 9/29 | K | | |
| 54.  Fidelity Equity Income Fund | A | Dividend | J | T | | | | | |
| 55.  Fidelity Magellan mutual fund | A | Dividend | J | T | | | | | |
| 56.  Fidelity Value mutual fund | A | Dividend | J | T | | | | | |
| 57.  Fidelity Asset Manager mutual fund | A | Dividend | J | T | | | | | |
| 58.  Fidelity Puritan mutual fund | A | Dividend | J | T | | | | | |
| 59.  Janus Balanced mutual fund | A | Dividend | J | T | | | | | |
| 60.  Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 61.  Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 62.  Vanguard Prime Cap Fund | A | Dividend | J | T | | | | | |
| 63.  Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 64.  Vanguard Profit Sharing Plan | A | Dividend & I | J | T | | | | | |
| 65.  --Total Stock Market Index Fund | | | | | | | | | |
| 66.  --Growth Index Fund | | | | | | | | | |
| 67.  Vanguard IRA | A | Dividend | J | T | | | | | |
| 68.  --Growth Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard IRA | A | Dividend | J | T | | | | | |
| 70. --Total Stock Market Fund | | | | | | | | | |
| 71. Gilbert AZ Public Facility Muni Bond | A | Interest | K | T | | | | | |
| 72. Merrillville IN Muni Bond zero coupon | | None | K | T | | | | | |
| 73. Illinois DFA zero coupon Muni Bond | | None | K | T | | | | | |
| 74. ███████ Oroville, CA (1972, $5,000) | | None | J | R | | | | | |
| 75. Arizona Elected Officials Retirement Plan | F | pension | M | T | | | | | |
| 76. Arizona State Retirement System | | None | M | T | | | | | |
| 77. Keyport Keyannuity | | None | M | T | | | | | |
| 78. Keyport Keyannuity | | None | L | T | | | | | |
| 79. Merrill Lynch IRA | D | Dividend & I | N | T | | | | | |
| 80. --MLBankUSA | | | | | | | | | |
| 81. --US Treasury zero coupon bonds (3) | | | | | | | | | |
| 82. --US Treasury Inflation Notes (3) | | | | | | | | | |
| 83. --Huntington National Bank CD | | | | | Buy | 9/29 | L | | |
| 84. --Pepsico common stock | | | | | | | | | |
| 85. --Yum Brands common stock | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --Lehman Bros. CD | | | | | Redeemed | 1/22 | K | | |
| 87.  --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 88.  --Countrywide Bank CD | | | | | Redeemed | 9/17 | K | | |
| 89.  --Capital One CD | | | | | Buy | 4/7 | K | | |
| 90.  --Peninsula Bank CD | | | | | Redeemed | 6/3 | K | | |
| 91.  --Premier Bank CD | | | | | | | | | |
| 92.  --JP Morgan Chase Bank CD (formerly Washington Mutual Bank CD | | | | | | | | | |
| 93.  --Western Bank CD | | | | | | | | | |
| 94.  U.S. Savings Bonds | | None | K | T | | | | | |
| 95.  U.S. Savings Bonds | | None | K | T | | | | | |
| 96.  America Express Bank CD | | None | | | Buy | 11/26 | L | | |
| 97.  Western Bank CD | | None | | | Buy | 11/19 | L | | |
| 98.  US Savings Bonds | | None | | | Buy | 12/19 | J | | |
| 99.  ISA Marshall & Ilsley BK | A | Interest | J | T | | | | | |
| 100.  ISA M&T Trust Co. | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Effective October 16, 2008 with the increase of FDIC insurance from $100,000 to $250,000 per depositior, Merrill Lynch now deposts funds formerly held in Merrill Lynch Bank NSA into Insured Savings Accounts (ISAs). Cash deposits formerly in Merrill Lynch Bank USA on Part VII, line 2 are now reported as ISA_____ on part VII, lines 99 and 100.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bolton, Susan R. | 05/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544